1  MᴄGʀᴇɢᴏʀ W. Sᴄᴏᴛᴛ
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900

5

6  Attorneys for Respondent

7               IN THE UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10  AARON J. CLARK,                    CASE NO.  1:18-CV-01084-SKO (HC)

11                    Petitioner,      ORDER SEALING DOCUMENTS AS SET FORTH
                                       IN RESPONDENT'S NOTICE
12             v.

13  STEVEN LAKE, WARDEN,

14                    Respondent.

15

16

17          Pursuant to Local Rule 141(b) and based upon the representation contained in the Respondent's

18  Request to Seal, IT IS HEREBY ORDERED that the Respondent's Attachment 13 in Support of

19  Respondent's Motion to Dismiss Writ of Habeas Corpus Petition under 28 U.S.C. § 2241 pertaining to

20  petitioner Aaron J. Clark, and Respondent's Request to Seal shall be SEALED until further order of this

21  Court.

22          It is further ordered that electronic access to the sealed documents shall be limited to the

23  Respondent and the *pro se* petitioner, Aaron J. Clark.

24          The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

25  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

26  the Respondent's request, sealing the Respondent's motion serves a compelling interest.  The Court

27  further finds that, in the absence of closure, the compelling interests identified by the

28  ///

government would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:   **May 29, 2019**                              /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE