# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON CLARK, | Case No.: 1:18-CV-01084-SKO HC |
| Petitioner, | ORDER DENYING MOTION FOR COUNSEL [Doc. 20] |
| v. | ORDER GRANTING PETITIONER EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| STEVEN LAKE, Warden, | |
| Respondent. | [30-DAY DEADLINE] |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On June 10, 2019, Petitioner filed a request for the appointment of counsel. There is no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. Petitioner states he cannot afford to retain counsel. He states his imprisonment has greatly limited his ability to litigate. He states the issues in his case are complex and require significant research and investigation, and he has very limited knowledge of the law. He states he is housed at U.S.P. Atwater which is currently on lockdown, and as a result he has no library access.

The Court does not find that the interests of justice require the appointment of counsel at this time. Most of Petitioner's complaints are shared by the vast majority of the prison population. As to his claim that he has no library access due to a current lockdown, Petitioner can request an extension of time to file an opposition. In the interests of justice, the Court will grant an extension of time of thirty (30) days.

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion for appointment of counsel is DENIED; and
2) Petitioner is GRANTED thirty (30) days from the date of service of this order to file an opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

Dated: **June 12, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE